```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

ROSEMARY JENKINS,
      Plaintiff,

      v.                    CIVIL ACTION NO.
                            15-10003-MBB

CITY OF TAUNTON, CHIEF EDWARD
WALSH, MARK BRADY, ROBERT KRAMER,
MATTHEW SKWARTO, RALPH SCHLAGETER,
JEFFREY MARTIN, and FRED BOLTON,
      Defendants.

**FINAL JUDGMENT**

**May 8, 2019**

**BOWLER, U.S.M.J.**

    The issues having been duly heard and decisions rendered, it is **ORDERED** and **ADJUDGED** that plaintiff Rosemary Jenkins take nothing and that this action be **DISMISSED** with prejudice.

                                    /s/ Marianne B. Bowler
                                    **MARIANNE B. BOWLER**
                                    United States Magistrate Judge